## Peter L. Miles v. James Goffinet.

*Practice in Supreme Court: Notice of hearing.* Notices of hearing can not be served until after the return day mentioned in the writ.— *Stockton v. Garland, 14 Mich. 333.*

*Heard and decided January 7th.*

Certiorari to Thad. K. Gillett, a Circuit Court Commissioner for Wayne County.

This was a motion to strike from the docket on account of an alleged defective notice of hearing — for the January term at Lansing.

The writ of certiorari in this case was made returnable on the 26th day of December, 1867. The return was filed on the 24th day of the same month, and the notice of hearing was served on the same day.

*Wm. Jennison,* and *Ward & Palmer,* for the motion, cited Rule 21.

*Wm. A. Moore, contra.*

*Per Curiam.*

Notices of hearing can not be served until after the return day mentioned in the writ — *Stockton v. Garland,* 14 *Mich.* 333.

*Motion granted.*